1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10                            **EASTERN DIVISION**

11    **NAZMY JOSEPH,**                    )

                                           )

12              **Plaintiff,**             )        **Case  No. EDCV 12-272 AJW**

                                           )

13              **v.**                     )        **J U D G M E N T**

                                           )

14    **CAROLYN J. COLVIN,**               )

      **Acting Commissioner of Social**    )

15    **Security,**                        )

                                           )

16              **Defendant.**             )

      _____     )

17

18          **IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to the

19    Commissioner for an award of benefits consistent with the memorandum of decision.

20

21

22    May 8, 2013

23

24                                                 _____

                                                   ANDREW J. WISTRICH

25                                                 United States Magistrate Judge

26

27

28