LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NAZMY JOSEPH, ) | No.  EDCV 12-272 AJW |
| ) | |
|    Plaintiff, ) | ORDER AWARDING EAJA FEES |
| ) | |
|    v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner Of Social Security, ) | |
| ) | |
|    Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($4,400.00) subject to the terms of the stipulation.

June 20, 2013

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-